362 A.2d 993

**ESTATE of Ella H. G. CRAWFORD, Deceased.**

**Appeal of Ian G. SINCLAIR et al.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1976.

Decided July 6, 1976.

Rehearing Denied Sept. 2, 1976.

Austin M. Lee, Philadelphia, for appellant.

M. Paul Smith, Norristown, for appellee, First Presbyterian Church in Germantown.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed.   Each party to bear own costs.

EAGEN, J., dissents.